UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14011-CR-GRAHAM/LYNCH

26 U.S.C. § 7206(2)
26 U.S.C. § 7206(1)
18 U.S.C. § 1343
18 U.S.C. § 1028A

UNITED STATES OF AMERICA

v.

ERNST PIERRE,

Defendant.

_____/

FILED by ___ D.C.
JAN 2 6 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant ERNST PIERRE resided in Port St. Lucie, Florida, within the Southern District of Florida.

2. From in or about October 2009 through in or about May 2011, defendant ERNST PIERRE owned and operated "Tax Max," a tax return preparation business in Port St. Lucie, Florida.

3. The Internal Revenue Service ("IRS") was and is an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

## COUNTS ONE THROUGH ELEVEN
(Aiding the Filing of False Tax Returns)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about the date listed below, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under the Internal Revenue laws of a U.S. Individual Income Tax Return (IRS Form 1040) that was false and fraudulent, for the taxpayer, tax year, and false item below:

| COUNT | TAXPAYER | DATE OF OFFENSE | TAX YEAR | FALSE ITEM |
|---|---|---|---|---|
| 1 | "O.N." | 4/12/2010 | 2009 | Household Help Income ("HSH") and Dependent |
| 2 | "R.N." | 3/15/2010 | 2009 | HSH and Dependent |
| 3 | "V.P." | 3/29/2010 | 2009 | HSH |
| 4 | "F.A." | 3/15/2010 | 2009 | HSH |
| 5 | "G.A." | 3/29/2010 | 2009 | HSH |
| 6 | "J.B." | 3/22/2010 | 2009 | HSH and Dependent |
| 7 | "D.H." | 4/19/2010 | 2009 | HSH |
| 8 | "W.R." | 3/1/2010 | 2009 | HSH and Dependent |
| 9 | "B.B." | 2/14/2011 | 2010 | HSH and Dependent |
| 10 | "P.C." | 3/21/2011 | 2010 | HSH and Dependent |
| 11 | "J.P." | 3/7/2011 | 2010 | HSH and Dependent |

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT TWELVE
(False Tax Return for 2009)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about April 13, 2010, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE did willfully make and subscribe his 2009 U.S. Individual Income Tax Return, IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That document, which was filed with the IRS, falsely claimed "D.P." as a dependent, the Hope Education Tax Credit, the "Making Work Pay Tax Credit," and the Earned Income Tax Credit, whereas, as ERNST PIERRE then and there well knew and believed, "D.P." was not his dependent and he was not entitled to these tax credits.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNTS THIRTEEN THROUGH FIFTEEN
(Wire Fraud)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. From in or about October 2009 through in or about May 2011, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE, having knowingly and intentionally devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire communication in interstate and foreign commerce, communication, signals, and writings, to wit: electronically filed tax returns.

## THE SCHEME AND ARTIFICE

3. It was part of the scheme and artifice that defendant ERNST PIERRE obtained the names and Social Security numbers of relatives of individual clients for whom he prepared and submitted federal income tax returns.

4. It was further part of the scheme and artifice that defendant ERNST PIERRE would and did make false and fraudulent claims for tax refunds by electronically filing federal income tax returns with the IRS on which he used the names and Social Security numbers of relatives of his clients as dependents of the named taxpayer knowing the listed dependent was not, in fact, the named taxpayer's dependent.

## THE WIRE COMMUNICATIONS

5. On or about the date listed below for each count, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE, for the purpose of executing and attempting to execute the scheme and artifice to defraud, transmitted, and caused to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds as described for each count below:

| COUNT | DATE OF OFFENSE | WIRE COMMUNICATION |
|---|---|---|
| 13 | April 13, 2010 | Electronic Filing of Tax Return for ERNST PIERRE using means of identification of "D.P." as a dependent. |
| 14 | February 22, 2010 | Electronic Filing of Tax Return for "O.N." using means of identification of "R.F." as a dependent. |
| 15 | February 18, 2010 | Electronic Filing of Tax Return for "R.N." using means of identification of "A.E." as a dependent. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT SIXTEEN
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about April 13, 2010, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE did knowingly use a means of identification of another person without lawful authority during and in relation to the wire fraud offense described in Count Thirteen of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "D.P." on a federal income tax return he electronically filed with the IRS.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SEVENTEEN
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about February 22, 2010, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE did knowingly use a means of identification of another person without lawful authority during and in relation to the wire fraud offense described in Count Fourteen of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "R.F." on a federal income tax return he electronically filed with the IRS.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT EIGHTEEN
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2 and 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about February 18, 2010, in St. Lucie County, within the Southern District of Florida, defendant ERNST PIERRE did knowingly use a means of identification of another person without lawful authority during and in relation to the wire fraud offense described in Count Fifteen of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "A.E." on a federal income tax return he electronically filed with the IRS.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

Foreperson

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JUSTIN K. GELFAND
THOMAS J. KREPP
Trial Attorneys
U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ERNST PIERRE,

           Defendant.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB    _X_ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II   6 to 10 days    ___
   III  11 to 20 days    ___
   IV  21 to 60 days    ___
   V   61 days and over    ___

   (Check only one)
   Petty ___
   Minor ___
   Misdem. ___
   Felony _X_

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No.: _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                               _____
                                JUSTIN GELFAND
                                THOMAS J. KREPP
                                Trial Attorneys
                                U.S. Department of Justice, Tax Division

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Case No.

Defendant's Name: **ERNST PIERRE**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-11 | Aiding the Filing of False Tax Returns | 26:7206(2) | 3 years<br>$250,000 fine<br>SR: 1 year<br>$100 special assessment |
| 12 | Filing a False Tax Return | 26:7206(1) | 3 years<br>$250,000 fine<br>SR: 1 year<br>$100 special assessment |
| 13-15 | Wire Fraud | 18:1343 | 20 years<br>$250,000 fine or twice the loss/gain<br>SR: 3 years<br>$100 special assessment |
| 16-18 | Aggravated Identity Theft | 18:1028A | 2 years mandatory imprisonment<br>$250,000 fine or twice the loss/gain<br>SR: 1 year<br>$100 special assessment |